# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2021 KW 1099

VERSUS

ANDREW WETZEL                                          **DECEMBER 20, 2021**

---

In Re:    Andrew Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          1077-F-2021.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** This court is a court of review, and relator does not seek review of a ruling by the lower court or request mandamus relief for the lower court's failure to act. Accordingly, this writ application presents nothing for this court to review.

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT